# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLIE EASTER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-16-1250-M |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## ORDER

On May 26, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this civil action to recover damages under 42 U.S.C. § 1983. The Magistrate Judge recommended dismissal of this action without prejudice and without imposition of fees or costs. Plaintiff was advised of his right to object to the Report and Recommendation by June 16, 2017. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 12] issued by the Magistrate Judge on May 26, 2017, and

(2) DISMISSES this action without prejudice and without imposition of fees or costs.

**IT IS SO ORDERED this 22nd day of June, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE